# EXHIBIT 1

| | | |
|---|---|---|
| A Angelo Herrera | Amy Clanton | April C Johnson |
| Aaron Elliott | Amy Frederico | April Stingo |
| Aaron Heyman | Amy J Klein | Arleen Bonet |
| Aaron Mckinstry-Luepke | Amy Leblanc | Arline Saiki |
| Aaron N Lang | Amy Lee | Ashley Allyson Rudmann Chelonis |
| Abbey Keck | Amy M Healy | Ashley Bennett |
| Abigail Berman | Amy M Howell | Ashley Connatser |
| Adalyn B Mayer | Amy Malasky | Ashley Crum |
| Adam Frank | Amy Rafkin | Ashley Farley |
| Adam Godzik | Amy Sabourin | Ashley G Smith |
| Adam Poll | Ana Mandic | Ashley Harris |
| Addie Davis | Anastasia Cochran | Ashley Person |
| Adela Alvarez | Andrea Arnold | Ashley Stewart |
| Adewole Falade | Andrea Chow | Asit Panwala |
| Adom Fermanian | Andrea Cukier | Audra M Puccio-Nagby |
| Adria Lormis | Andrea L Arnold | Autumn L Reid |
| Aimee Mccarthy | Andrea Park | Autumn R Eddy |
| Akemie Williams Gray | Andrea Ryan | Ayleen Lay |
| Alaina Prall | Andrea Villanueva | B. Sam Mcknight |
| Alejandro Haezaert-Caraveo | Andrew Aslesen | Barbara Eannarino |
| Alex Tanielian | Andrew Binks | Barbara Kelsall |
| Alexander Garkusha | Andrew Jacobs | Barbara Kline |
| Alexander Kneefel | Andrew Middleton | Barbara P Schulz |
| Alexandra Dezell | Andrew Nielsen | Barbara Rigby |
| Alexandra Fenerlis | Andrew Ward | Barbara Roe |
| Alexandra Hiatt | Andria Schurman | Barbara Rouseff |
| Alexandria Shea Armentrout | Angel Fuson | Barbara Smith |
| Alexis Willard | Angela Beltz | Ben Lopez |
| Alice Chuong | Angela Goetz | Ben Miller |
| Alice Johnson | Angela Jergler | Benjamin Tritle |
| Alice Martinez | Angela M Hernandez-Marshall | Bernice Goldmark |
| Alice Spaulding | Angela Marie Carvallo | Beth A Berk |
| Alicia Frey | Angela Quong | Beth Markley |
| Alicia Lee Cerullo | Angela Swatland | Beth Pullen |
| Alisa Dodds | Angela Williams | Beth Schutzberg |
| Alison Bruzek | Angelica Trytek | Bethann Dilione |
| Alison Van Heuklon | Anicia Richardson | Bethany L Smith |
| Aliza Bornstein | Anita Beyer | Betsy (Elizabeth Lucas) Padgett |
| Allen Wagner | Anita Wilt | Betsy Wahl |
| Allison Kaplan | Ankita Mishra | Betty Close |
| Allison M Robinson | Ann Bloxham | Beverly Brown |
| Allison Mcculloh | Ann Brogley | Beverly Hartzman |
| Allison Meadows | Ann Bui | Bill Bennett |
| Allison Pearson | Ann Kuo | Bill Marks |
| Allison R Dowd | Ann P Berardo | Bingiee Shiu |
| Alycia Hawkins | Ann Tollefson | Binh Nguyen |
| Alyn Kay | Ann V Derosa | Blanca Quintanilla |
| Alyson Pierce | Anna Carrara | Bob Brown |
| Alyssa Caggiano | Anna Fields | Bob Woodruff |
| Alyssa Labate | Anna Maund | Bobbi Shea |
| Alyssa Weiss | Anna Stoefen | Bobbye J Thompson |
| Amanda B Zerr | Annamaria Huddas | Bonnie Downs |
| Amanda H Knauer | Anne Butterfly | Bonnie Ward Strauss |
| Amanda Henry | Anne Morel | Bradley Dale |
| Amanda May | Anne Schumacher | Bradley Gottfried |
| Amanda Mcconnell | Anthony Dustin Rollins | Bradley H Cary |
| Amanda Moore | Anthony Hazkial | Bradley Nathan |
| Amanda Van | Anthony Kahny | Brandon D Tyler |
| Amanda Wond | Anthony Parrella | Brandy Hackney |
| Amber G Johnson | Anthony R Perry | Brandy Ormsby |
| Amber J Smith | Anthony Rothert | Brea N Onokpise |
| Amber Quinn | Anwar Jamal Robinson | Brenda Cash |

| | | |
|---|---|---|
| Brenda M Hall | Carolyn Ford | Christina Sierra |
| Brenda Naber | Carolyn Jim | Christine Bloom |
| Brenda Storbeck | Carolyn Lee | Christine Carlson |
| Brian Bawol | Carolyn Martin | Christine Davis |
| Brian Beans | Carolyn Shilts | Christine Farris |
| Brian Hohe | Carolyn Szaiff | Christine Goldby |
| Brian Muhlhauser | Carolyn Webb | Christine Jones |
| Brian Shannon | Carrie Heather Brown | Christine Jordan |
| Brian Wood | Cartresa Hudson | Christine M Harris |
| Briana Florio | Casey Cantu | Christine Patton |
| Briana Ord | Casey Laferrara | Christine Pottoroff |
| Brianna Torok | Casey Ryan | Christine Urbanek |
| Brigitte Charest | Cassandra Osterhoudt | Christine Yip |
| Britt S Fleming | Cassie Lopez | Christopher Rohe |
| Brittany Orr | Catherine Alysse Gray | Christy M Sweeney |
| Brittney Fifield | Catherine Devall | Christyanna Arnold |
| Brittney Raper | Catherine Helms | Chuck Piccirillo |
| Brooke Hamilton | Catherine Parson | Cindy Martinez |
| Bruce H Mayer | Catherine Picklyk | Cindy Roberts |
| Bruce M Bavol | Catherine Ramsey | Citahbria Curtis |
| Bryan Figura | Catherine Rizos | Claire E Pirotte |
| Bureen Ruffin | Catherine Sullivan | Clara Gabriel |
| Caitlin Buccino | Cathleen M Korzik | Clarissa Pintado |
| Caitlin Engler | Cathryn (Cathy) Mcclelland | Claude C Young |
| Caitlin M Moloughney | Chad Blumeyer | Clifton Lee Thompson |
| Caitlin Meehan | Chad Caswell | Colette J Myers |
| Caitlin Ruza | Charity Holt | Constance Hislop |
| Caitlin S Hinkley | Charlene Head | Corey Thornhill |
| Camille Carter | Charlene Spikes | Corinna Clarke |
| Camille E Kempke | Charles E Harrison | Corinne Lanuti |
| Candace Davis | Charles Kilby | Cory L Zajdel |
| Candice Acosta | Charles Radville | Cote Lind |
| Candis R Ferguson | Charlotte French | Courtney Dockter |
| Cara Hayes | Chelse Hoskins | Courtney Hutchison |
| Cara Long | Chelsea R Smith | Courtney Ramsey |
| Cara Webb | Chelsea Vochinich | Craig Greenwood |
| Carey Hicks | Chelsi Boudreaux Thibodeaux | Craig Yanek |
| Cari R Sepulveda | Cheryl Allevo | Cristina Perez (Aka Cristina Perez Chumbiauca) |
| Carla S Sheppard | Cheryl Benyi | |
| Carlie Mcgranaghan | Cheryl Cypert | Crystal Gaytan |
| Carlo Brian Monticelli | Cheryl Fuchs | Crystal Warsop |
| Carlos A Ortiz | Cheryl Holder | Cynde Wintermute |
| Carmen Combs | Cheryl L Larson | Cyndi Schardt |
| Carmen Olsen | Cheryl Martin | Cynthia (Cindy) Kupczynski |
| Carol Brothwell | Cheryl Regnerus | Cynthia Etkind |
| Carol Darnell | Chloe Jihye Lee | Cynthia L Sopata |
| Carol Fawson | Chris Malone | Cynthia Nicastro |
| Carol J Brinkmeier | Chris Mayers | Cynthia Perkinson |
| Carol K Williams | Chris Michalek | Cynthia Reimel |
| Carol L Dean | Chris Van Honschoten | Cynthia Roberts |
| Carol Lipsit | Chrissy Nodsle | Cynthia Shaffer |
| Carol M Simonson | Christiane Odle | Cynthia Sitzman |
| Carol S Koehler | Christianne Belfiglio | Cynthia Sullivan |
| Carol S Reinel | Christie Beck | D Jacobus |
| Carol Sweedler-Brown | Christie Crosby | Dan Almeida |
| Carol W Hylton | Christie Warner | Dan Kane |
| Carol Walker | Christina Gibby | Dan Kane |
| Carol Winterbourne | Christina Gouglev | Dan Kresan |
| Carole F Myers | Christina M Cipriano | Dan Kuiper |
| Carole Miles | Christina M Hahn | Dan Marks |
| Carole Raspaolo | Christina Mennella | Dan Mendelsohn |
| Carolyn Bradford | Christina Newell | Dan Scheneman |

| | | |
|---|---|---|
| Dana E Kee | Deirdre Clarke | Elise Temby |
| Dana Edgar | Delana J Gideons | Elizabeth (Libby) A Poe |
| Dana J Emberley | Delia Gummere | Elizabeth (Rudolph) Entinghe |
| Daniel C Whitsel | Della M Beaulieu | Elizabeth A Booth |
| Daniel Kraut | Delores Gruca | Elizabeth Celaya |
| Daniel Petroff | Denise A Surkamp | Elizabeth Clark |
| Daniel Shorts | Denise Cramer | Elizabeth Hyman |
| Danielle Friess | Denise Searing | Elizabeth J Weibert |
| Danielle Longest | Dennis Bortko | Elizabeth J Williamson |
| Danielle Morriss | Derek Hoffman | Elizabeth Kinney |
| Danielle Najarian | Desiree M Omli | Elizabeth Kroupa |
| Dara Friedman | Desiree Mckinney | Elizabeth Nielsen |
| Darcy Reed | Devin Eakes | Elizabeth Paul |
| Darcy Taylor | Devin Magrann | Elizabeth Pierce |
| Daria Kamalipour | Diana King | Elizabeth R Hepner |
| Darlene Arnett | Diana Osterhouse | Elizabeth Smith |
| Darlene Eledge | Diana Van | Elizabeth Tessmer |
| Darlene Ridgway | Diana Zarzeka | Elizabeth Tremaine |
| Dave Nuss | Dianamari Castillo-Ruiz | Elizabeth Trotter |
| David A Beardain | Diane E Dodge | Elizabeth Woo |
| David Bacon | Diane Hanisch | Elizabeth Zuck |
| David J D'agostino | Diane Luppi | Ellen H Williams |
| David K Porter | Diane M Accardi | Ellen Levy |
| David Larson | Diane Martin | Ellen Raimondi |
| David Levine | Diane Pendley | Ellen Zaroff |
| David Lippa | Diane Russo Kornya | Elliott Gall |
| David Olson | Diane W Shaw | Ellyn Ricker |
| David Pozek Jr | Dina Franklyn | Emilie Boe |
| David R Hobbs Jr | Dina Jensen | Emily Demaree |
| David Rosenberg | Dina M Lapaorta | Emily Ferris |
| David Salih | Dinah Montgomery | Emily Hariharan |
| David Talafuse | Dominic S Carollo | Emily K Stilkey |
| David Wiegert | Don Bogen | Emily R Krebbs |
| Dawn Patterson | Donna Ackman | Emily Yagielo |
| Dawn Schoolcraft | Donna Bennett | Enway Hsu |
| Dawna Wood | Donna Bonomo | Eric Baker |
| Deane Bell | Donna Burger | Eric J Ford |
| Deanna Morinini | Donna Fenney | Eric Nyquist |
| Deanna Wantz | Donna Lowney | Eric Tull |
| Debbie Henry | Donna Miilu | Erica Duhart |
| Debbie Jensen-Grubb | Donna Price | Erica Pitkow |
| Debbie Schmidt | Donna Swenson | Erik Cox |
| Debbie Swietlik | Donna Thomas | Erika Bickford |
| Debbie Trattner | Doreen Johnston | Erika D Hanson |
| Debi Kain | Doris Tang | Erika Sealing |
| Debolina Kowshik | Dorothy Reynolds | Erin E Dearie |
| Deborah C Phile | Doug Josephson | Erin Hicks |
| Deborah C Roschek | Douglas S Wright | Erin Sutyla |
| Deborah Schisler | Dwight A Lehman | Ernest S Arvai |
| Deborah Shiells | Ede Carpenter | Esther J Spencer |
| Debra A Gilman | Edinardo Potrich | Ethan Gelber |
| Debra Demmitt | Edward Aldridge | Eugenia Gueorguieva |
| Debra George | Edward M Miller | Eunkyung Kim |
| Debra K Lewis | Edward T Rocereta | Evan Bechtel |
| Debra L Ogan | Eileen M Wawrzynek | Evan L Baylis |
| Debra M Canepa | Eileen Morley | Evelyn Ying-Kuang Shaw |
| Debra S Huerta | Eileen Retel | Fabiola Garcia |
| Debrah Boyd | Ekaterine Dickson | Fay K Saechao |
| Dee Czarniecki | Eko Lisuwandi | Faya Gregorich |
| Deedee Eckles | Elaina Marinik | Faye Brown |
| Deedee Mazur | Elisa Read | Federico Palle |
| Deidre Gallerani | Elisa Rogowitz | Ferjea Songco |

| | | |
|---|---|---|
| Flor Anaya | Holly Lakatos | Jason Unck |
| Fred Bizovi | Holly Veal | Jason Whitham |
| Fred Hann | Hollynd Biro | Jay Clary |
| Freda Cannon | Homa Ferdowsi | Jayeon Kim |
| Freda Russell | Horacio M Pleno | Jayla Stevens |
| Frederick Temby | Howard A Pense | Jayne Babcock |
| Gabriella Sieiro Pavesi | Ian Weston | Jayne D Davison |
| Gabrielle Carlson | Ida Razzaghi Khamsi | Jayvan Mitchell |
| Gaby Perkowski | Inocencia Olivo | Jazmine Gregory |
| Gaia Sciaranghella | Irene Ching | Jean Alamed |
| Gail Capparrille | Irina Zhan | Jean M Mchatton |
| Gail R Atwood | Iris Hutchings | Jean Mccann |
| Gail Rasmussen | Irma Duran | Jeanee Leonard |
| Gary Leung | Isaac Wu | Jeanette Marin-Thomas |
| Gayle Froehlich | Isabel "Liz" P Harrold | Jeanette Yacucci |
| Geetali Sharma | Isis Yamamoto | Jeanne M Haave |
| George Morgan Ii | Isobel Bilyk | Jed Saunders |
| Georgia E Hamlin | Isobel Marks | Jeff Casey |
| Georgiana Johnson | Ivy Norfolk | Jeff Erhardt |
| Georgina Colombo | J Alyce | Jeff Malluege |
| Gerald Beyer | Jackie White | Jeff Schwartz |
| Gerald L Wendling | Jackson M Dodsworth | Jeffrey A Fuller |
| Gerald R Skaletzky | Jacob Curtis | Jeffrey Golzynski |
| Geraldine Conrad | Jacob Krebs | Jeffrey Moss |
| Gilda P Selchau | Jacqelyn Roblin | Jenay Reynolds (Aka Jenna Reynolds) |
| Gillian M Ackland | Jacqueline A Newman | Jenessa Sant |
| Gina Himes | Jacqueline Avens | Jenifer Carlson |
| Ginger Clements | Jacqueline Lipe | Jenifer Nicoloff |
| Glenda G Ducote | Jade Novak | Jenise Brown |
| Glenn Cardwell | Jaime Cook | Jenn Coughlin |
| Gloria Martin | Jaime Delahousaye | Jenna Marvin |
| Gordon J Gearhart | Jaimee Spector | Jennifer (Zickell) Costa |
| Gracie Borbon | Jama Pruitt | Jennifer A Gutierrez |
| Grant Goss | James C Myers | Jennifer A Liace |
| Grayson Pursch | James C Reynolds | Jennifer A Short |
| Greg Slocom | James J Szabo | Jennifer A Tierney |
| Guy E Parrent | James Rigby | Jennifer Asis |
| Haidar Merhi | Jami Fultz | Jennifer Aslesen |
| Hal Baumgarten | Jamie Lichliter | Jennifer Boyle |
| Hala Hachem | Jamie Vandover | Jennifer C Ollis |
| Hamad Aljassar | Jan Naujokas | Jennifer Costales |
| Hannah Brown | Jan Rubenstein | Jennifer Danzinger |
| Hannah Farewell (Previously Calvert) | Jana L Shields | Jennifer Derby |
| Hannah Lee | Jane Grubin | Jennifer Dodge |
| Hannah Williams | Janet Brown | Jennifer F White |
| Hans Witt | Janet Dorrell | Jennifer Foxx |
| Harold Ricardo Aranda | Janet K Huenink | Jennifer Hanser |
| Heather Cornelison | Janet Mayerle | Jennifer L Melcher |
| Heather Gortat | Janet Swigert | Jennifer Lapin Smith |
| Heidi Ann Coleman | Janette Cullen | Jennifer Leone |
| Heidi Lippert | Janice Balzer | Jennifer Malinoff |
| Heidi Park | Janice Dimario | Jennifer Menna |
| Helen Wiber | Janice Dzierra | Jennifer Morse |
| Helen Zimmer | Janice M Hesse | Jennifer O'connor |
| Helena Sioukas | Janice Mason | Jennifer Rackham |
| Hilary Bridges | Janice Morrison | Jennifer Roes |
| Hilary Walton | Janis M Dittmeier | Jennifer Schueler |
| Hillary Arnold | Jared Barnes | Jennifer Shope |
| Holland Gursslin | Jason Anderson | Jennifer Smith |
| Hollie Cox | Jason Lich | Jennifer Stines |
| Holly Ireland | Jason Lin | Jennifer Wagner |
| | Jason Pampena | |

| | | |
|---|---|---|
| Jennifer Wahlquist | Johnie C Faller | Karen Holeva |
| Jennifer Woo | Johnny Tapanes | Karen Mann |
| Jennifer Zdenek | Jon Bringhurst | Karen Mattson |
| Jenny Alarco | Jon Utley | Karen Palmer |
| Jenny Brothwell | Jonah Khandros | Karen R Mcdaniel |
| Jenny Phillips | Jonathan D Robinson | Karen Snyder |
| Jeremy Rose | Jonathan Grindell | Karina S Bravo |
| Jeremy Wentzel | Jonathan Johnson | Karissa Johnson |
| Jerry Zimmer | Jonathan Loh | Karla Chamberlin |
| Jesse Ver Meer | Jonathan Lukoff | Karla Gulling |
| Jessica Garcia | Jonathan M Blan | Karolin Solorzano |
| Jessica J Kiest | Jonathan Sato | Karrie Preston |
| Jessica Moeller-Gaa | Jonathan Shaw | Karrin Dobbe |
| Jessica Mulholland | Jonathan Stiansen | Kashka Debruhl |
| Jessica Norman | Jonathan W Bertz | Kate Fullilove |
| Jessica Perez | Jordan Quackerbush | Kate Mclain |
| Jessica Rhone | Jorjann Davis | Kate Swanson |
| Jessica Sammons | Joseph J Desanctis | Katelyn Hayes (Formerly Glasser) |
| Jessica Wheeler | Joseph L Pulvirenti | Katey Migdal |
| Jessica Wilburn | Joseph M Kessler | Katherine C Moore |
| Jessika A Manning | Joshua Barton | Katherine C Smith |
| Ji Shin | Joshua C Hart | Katherine Catu |
| Jill M Vassallo | Joshua Finch | Katherine H Owens |
| Jim Bowles | Joy Allen | Katherine Kugay |
| Jim Ross | Joyce Ragsdale | Katherine Lippa |
| Jo Ann Lloyd | Juanita Glover | Katherine M Kosa |
| Joan Bornstein | Judith A Smothers | Katherine R Unger |
| Joan Gawkins | Judith Christiansen | Katheryn A Ruthruff |
| Joan Kaplan | Judith H Peck | Kathleen (Kathy) Beaver |
| Joan Kilpatrick | Judith L Rausch | Kathleen Blanco |
| Joan M Bell | Judy Barbara Bergstom | Kathleen Hamilton |
| Joan Raaen | Judy Bieroth | Kathleen Hancox Izzo |
| Joan Rasp | Judy Burns | Kathleen Hann |
| Joan Workman | Judy Cameron | Kathleen J Kirk |
| Joann Cunningham | Judy Coltman | Kathleen Jorgersen |
| Joann Fisher | Judy Kuhn | Kathleen Kessler |
| Joann Pantages | Judy Van Rees | Kathleen Mckinney |
| Joanna Cassie | Julia Heins | Kathleen Meek Davis |
| Joanna Hartvickson | Julianna Glass (Nee Smith) | Kathleen Westervelt |
| Joanna Todaro | Julie Archer | Kathryn (Katie) Mccord |
| Joanne Chikuma | Julie Bangs | Kathryn Al Barlow |
| Joanne Fowler | Julie Bruno Jones | Kathryn Andersen |
| Joanne L Greenman | Julie Burnett | Kathryn Cunning |
| Joanne Lund | Julie Hall | Kathryn Herty |
| Joanne Maxwell | Julie Hill | Kathryn Olson |
| Joanne Stein | Julie Hohe | Kathryn Price |
| Jobeth Effertz | Julie L Zimmerman | Kathy A Lagrow |
| Jocelyn Mehlsack | Julie M Allen | Kathy J Averbeck |
| Jocelyn Z Shaw | Julie M Hunter | Kathy Knight |
| Jodi Archer | Julie Mills | Kathy O |
| Jodi Throckmorton | Julie Pastor | Kathy Stroschein |
| Joe Riess | Julie Rader | Katie Perry |
| Joelle M Stine | Jungyun Kim | Katie Van Huis |
| John & Kathryn Blincoe | Justin E Carr | Katlyn Maze |
| John A Hodges | Kara Arnold | Katrina Pierce |
| John Behnleen | Kara Graziano Carravallah | Kay A Groff |
| John C Vidinich | Kara Reiber | Kay Rossi |
| John E Cunningham | Karen A Joseph | Kaye Illick |
| John Leonard | Karen Ballou | Kaylie Halbrook |
| John Repsold | Karen Blatt | Kayton Sapale |
| John Strong | Karen F Bailey | Keira C Hamann |
| John Woodward | Karen Guzman | Kelley S Alford |

| | | |
|---|---|---|
| Kelli Andrews | Kristina Ferris | Lenae Torgerson |
| Kelli Driscoll | Kristine Hoppenworth | Lesley Peacock |
| Kelli R Cox | Kristine Larson | Leslie A Salyers |
| Kelly Ann Coffman | Kristofer Dankovits | Leslie A Smith |
| Kelly Fayard | Kristofer Violette | Leslie Richards |
| Kelly Herde Kerger | Kristy Wapniarski | Leticia T Alvarez |
| Kelly Majors | Krystal (Kryssy) Hess | Liane Fremd |
| Kelly Mccallum | Krystal Nail | Liani Swingle |
| Kelly Oshel | Kurt Green | Lily Hiroshima |
| Kelly Stead | Kyle Coleman | Lin Smith |
| Kelly Terry | Kyle K Melcher | Lincoln Quirk |
| Kelsey Knight | Kyle Vincent Contini | Linda A Johnston |
| Kelsie N Violette (Formerly Kelsie N Lacey) | Laleh Rezaie | Linda Devlin-Pacheco |
| | Lan Chao | Linda Hook |
| Ken Kofsky | Lana (Driggers) Padgett | Linda Irons |
| Kendra Olson | Landya B Mccafferty | Linda Kadas |
| Kennedy Ann Arroyo (Formerly Kearney-Fischer) | Lane Springer | Linda L Prue |
| | Lanelle Ezzard | Linda Lawry |
| Kenneth Gibson | Lara Ferrari | Linda Loranger |
| Kenneth Hinton | Larissa Daily | Linda M Olsen |
| Kenneth John Goodwin | Larissa K Benson | Linda Mak |
| Kenneth Juul | Larissa Schroeder | Linda Pescatore |
| Kenneth Luppi | Laterica Quinn | Linda R Madden-Brenholts |
| Kerry Myers | Laura A Julian | Linda S Reid |
| Kerry Zeitler | Laura Clark | Linda St. Jean |
| Kesha Green | Laura Davies | Lindsey Beckman (Formerly Holmquist) |
| Kevin Debruhl | Laura Elderkin | |
| Kevin Khovananth | Laura Fraczek | Lindsey Farthing |
| Kevin T Eckerman | Laura Giraldo | Lindsey Seabrook |
| Kiezia Lawrence | Laura Harshberger | Lisa Ankeny |
| Kilannin Krysiak | Laura Johnson | Lisa Ann Jurczyk |
| Kim Carter | Laura Kathleen Bower | Lisa C Eidel |
| Kim Edmaiston | Laura Kwas | Lisa Coerper |
| Kim I Goodhart | Laura Longero Holman | Lisa Cranek |
| Kim Schneider | Laura Meddaugh | Lisa Dennett |
| Kimberley White | Laura Nemeth | Lisa Guedea Markley |
| Kimberly (Kymm) Frisbie | Laura Thierer | Lisa Herklotz |
| Kimberly A Jackson | Laura W Kane | Lisa Koehler |
| Kimberly Anne Stephenson | Laura Walsh | Lisa Lee |
| Kimberly Gagliardi | Laura Warnock | Lisa Leyland |
| Kimberly Martin | Laurel Panzer | Lisa M Burkett |
| Kimberly Mccorbell | Laurel Wadley | Lisa Mah |
| Kimberly N Balance | Laurelee Dever | Lisa Medina |
| Kimberly Prestridge | Lauren Forgie | Lisa Niforopulos |
| Kimberly Priest | Lauren Friedlen | Lisa Poist |
| Kimberly Tucker | Lauren Mace | Lisa R Danaczko |
| Kirsten Peterson | Lauren Miller | Lisa Safran |
| Kirsten Snobeck | Lauren Sheppard | Lisa Shorter |
| Kitt Pupel | Lauren Simone | Lisa Treinen |
| Kori Hoyt | Laurie A Martel | Lisa Veight |
| Krissy Brawner | Laurie Francis | Lisa Weston |
| Krista M Jeffries | Lauryn Smith | Lizmarie Esparza |
| Kristen Garofalo | Lawrence (Larry) Schuck | Lois J Burns |
| Kristen Hannagan | Lawrence Daw | Loren N Golubic-Campbell |
| Kristi L Derossett | Leanne Brown | Lorene Diana Piatt |
| Kristi Soash Fernando | Leanne Leach | Lori A Hagstrom |
| Kristie Baker | Leanne Leighty | Lori Alberti |
| Kristie Hollick | Leanne Spears | Lori Askelin Chase |
| Kristie Makamoto | Leanne Stewart | Lori Elliott |
| Kristin A Farrell | Leasha Bailey | Lori Gilpatric |
| Kristin Elia | Leigh Carlson | Lori King |
| Kristin Rising | Lena Lee | Lorie Rame |

| | | |
|---|---|---|
| Lorraine Rietz | Marion V Kelly | Melissa A Canchola |
| Lorraine Hartshorn | Marisa Chock | Melissa Aguero |
| Lorrie Wolf | Marisa Chock | Melissa Dunn |
| Louann Jones | Marissa Silva | Melissa Hoppe |
| Louis F Pagel | Marjorie Stradinger | Melissa J Truhan Smith |
| Louis Torres | Mark Bradley | Melissa Jennifer Smidt |
| Louise Anderson | Mark Brown | Melissa Krebs (Formerly Haller) |
| Louise Lelevich | Mark C Harrison | Melissa Leaming |
| Lucas Paxton | Mark G Nicholas | Melissa Mccormack |
| Lucie Gagnon | Mark Long | Melissa Renner |
| Lucrecia Bondarenko | Mark Vassalotti | Melissa Schneck |
| Luisito Tiamson | Marlena Lister | Melody Foronda |
| Lutine Bjornson | Marlene F Wike | Melody Just |
| Lydia Dimyan | Marlene Kniskern | Meryl Almosa |
| Lynette Pickering | Marnie Crane | Michael Biro |
| Lynn Johnson | Marsha Wood | Michael Bracy |
| Lynn Leaming | Martha B Klein | Michael Costa |
| Lynn M Beverage | Martha Boswell | Michael Elkin |
| Lynn Mcconnell | Martha Ellis | Michael Guidone |
| Lynn Ralston | Martha Hildebrandt | Michael Heinecke |
| Lynne Hewitt Engledow | Martha Molly Lilja | Michael Hewartson |
| Lynne Hsieh | Martina Maggio | Michael J Tedone |
| Lynne M Hanna | Mary A Couvillion | Michael K Crowe |
| Macy Ng | Mary Alice Wilkinson | Michael Krause |
| Madelyn Pohl-Dunlap | Mary Ann Jachowicz | Michael L Johnson |
| Mae Watson | Mary Ann Liebert | Michael Mailes |
| Maggie Enderle | Mary Anne Weninger | Michael Poku |
| Malissa Peacock | Mary B Colombi | Michael Prior |
| Mamie Detert | Mary B Martin | Michael Smuda |
| Marcia E Switzer | Mary Cook | Michael W King |
| Marcia Mederos | Mary D Fey | Michael Woolford |
| Marcia Sabo Williams | Mary Jacoby | Michele Dickey |
| Marcie Page | Mary Jane Hammette | Michele Engel |
| Maresa Wagner | Mary K Jean-Gideons | Michele Kujawski |
| Margaret A Murray (Aka Ann Murray) | Mary S Meeks | Michele La Rue Corboy |
| | Mary Sating | Michele Le |
| Margaret Bryce | Maryann Ramsey | Michelle A Smith |
| Margaret Devany | Maryjo Voss | Michelle B Lacombe |
| Margaret Halminski | Matt Kruse | Michelle Ballard |
| Margaret Lloyd | Matt Mower | Michelle Bauer |
| Margaret Miller | Matthew Dick | Michelle Darlington |
| Margaret Peterson | Matthew J Shreffler | Michelle Gion |
| Margaret U Parkington | Matthew Keiran | Michelle Gunther |
| Margaret W Johnson (Garet) | Matthew Lievertz | Michelle Hillegass |
| Margaret Wagenbach | Matthew Rardon | Michelle Hiller |
| Margaret Zobrist | Maureen A Kajzer | Michelle Le |
| Margarita Olkhovskaya | Maureen Grandon | Michelle Melhorn |
| Margarita Tobar | Maureen Tannert | Michelle Millsap |
| Margie Leystra | May Izawa | Miguel Contreras |
| Margot Reges | Mayble Abraham | Mimi Grant |
| Maria B Diaz | Md Smith | Minerva Napier |
| Maria C Jimenez | Megan Ballweber (Formerly Broswell) | Miranda Krupa |
| Marian Aldrich | | Miranda Vargas |
| Marian Hensley | Megan Rhea | Missy Kellowan |
| Marianne Beechy | Megan Wilson | Mk Colacino |
| Marianne Lemons | Meghan Crowell | Mohammad H Arbab |
| Marie F Russo | Meghan Mcmahon | Molly A Shortall |
| Marie Parker | Meischa Dyer | Molly Beran |
| Marie Revette | Melanie Kumler | Molly Kenney |
| Marilyn Cagle | Melanie Vick | Molly Myers |
| Marilyn Curran | Meli Minniti | Monette Clark |
| Marilyn M Borchardt | Melina Lito | Monica A Gutierrez |

| | | |
|---|---|---|
| Monica Donovan | Pamela M Mann | Polly A Puckett |
| Monica Dyrud | Pamela Mizutani | Pooja Shivangi Amin |
| Monica Hopkins | Pamela Morris | Prachi Kulkarni |
| Monique Fontaine | Pamela Rode | Presley Gissendanner |
| Mylene Garcia | Pamela S Denny | R Steelman |
| Myumi C Pesta | Pamela S Taylor | Rachael Smith |
| Nadya Subowo | Pamela Snyder | Rachel Bikoff |
| Nancy Anders | Pamela Wall | Rachel Boyd |
| Nancy Collins | Pamela Weber | Rachel Byrant-Stevens |
| Nancy Davies | Paola Guardiola | Rachel Clayden |
| Nancy Harris | Paraskevi Gargalianou | Rachel Davidson |
| Nancy J Johnson | Pat Brotherton | Rachel L Niccum |
| Nancy Lyn Megee | Pat Lanning | Rachel L Treinen |
| Nancy Meggers | Pat Thomas | Rachel Mcdonnough |
| Nancy Meskerkid | Patrice Newman | Rachel Melnick |
| Nancy Naoko Osako | Patrice Treubert | Rachel Robbert |
| Nancy Schimenti | Patricia (Trish) Scarbrough | Ralph Schneck |
| Nancy Seifert | Patricia Bouche | Randy Haukap |
| Nancy Stutman | Patricia Chapron | Rasheeda A Washington |
| Nancy Zevenbergen | Patricia Gaglio | Raychel Sullins |
| Naomi Tam | Patricia Hakim | Rebecca Abbott |
| Nartach J | Patricia Hale | Rebecca C Reaser |
| Natalie Immendorf | Patricia Kim | Rebecca Dyson |
| Natalie Kalustian | Patricia Kuda | Rebecca Guo |
| Natalie Marshall | Patricia L Desanctis | Rebecca Hommeland |
| Natalie Waterman | Patricia L Vasicek | Rebecca J Connor |
| Natalija Z Goomey | Patricia Osborn | Rebecca Jee (Soyun Jee) |
| Natalya Levchenko | Patricia Peters | Rebecca Miller |
| Nathan Crider | Patricia Ross | Rebecca Padilla Martinez |
| Nathanael Shea | Patricia Stief | Rebecca Sheridan |
| Nazir Ahmad | Patricia Undlin | Rebecca Whamond |
| Neba Reiter | Patrick Bridegam | Rebekah Contini |
| Neil Blanck | Patrick Burke | Rebekah Gillard |
| Neil J Huston | Patsy Gasaway | Rebekah Moore |
| Nelda Krohn | Patsy Goff | Regina A Jones |
| Nelda Oakley | Patsy Young | Regina C Kropp |
| Nicholas L Peaden | Paul Cline | Regina Ferson |
| Nicholas Ryan Schaefer | Paul Fawson | Renee Serafini |
| Nicholas T Oana | Paul J Warren | Rhea Cain |
| Nicole A Smith | Paul Joseph Dry | Rhonda Bradley |
| Nicole Dardarian | Paul Reimel | Rhonda Egerton |
| Nicole K Brock | Paula Descheneau | Rhonda S Rose |
| Nicole Lessner | Paula Frechen | Richard Gulling |
| Nicole M Kedjouti | Paula J Adams | Richard Neal |
| Nicole Naja | Paula Martin | Richard S Frisby |
| Nicole Schlosser | Paula Nichter | Risa L Culpepper |
| Nicole Swift | Paula Wood | Rishi Chopra |
| Nicoline (Nicki) Nelson | Paula Yazzolino | Ritchie Payne |
| Nikeisha Royston | Peggy Haukap | Robert E Rinker |
| Nikole Cantu | Peggy Hanna | Robert J Lizardy |
| Nina M.A. Seki | Peggy Harriman | Robert Maday |
| Nora J Baker | Penny Gabel | Robert Pittelkow |
| Norine Gettys | Peter Dutton | Robert Townsend |
| Norma D Stricklin | Peter Michaud | Roberta A Latta |
| Olwyn Palmer Lintecum | Peter Siniawski | Roberta Brewster |
| Ora Solomon (Aka Ora Solomon Kraut) | Peter Zihao Xu | Roberta Latta |
| | Petya Miteva | Robin Bacon-Shone |
| Oscar W Case | Phee Farnsworth | Robin Black |
| P Diane Edwards | Phyllis J Hudson | Robin Clark |
| Paige Lucas | Phyllis S Bowie | Ronda Phillips |
| Pamela C Wolfe | Pierrette Macintosh | Rora Jones |
| Pamela Heggestad | Piotr Malinowski | Rose Mary Demelo |

| | | |
|---|---|---|
| Rose Simpson | Scott Klein | Sheryl Swain |
| Rosella Groves | Scott Nyman | Shirley Oppenheimer |
| Rosemarie C Budd | Scott Piette | Shirley Ross |
| Rosemarie Fridrick | Scott Webster | Simona C Campbell |
| Rosemarie Miller | Sean Snyder | Smitha Alampur |
| Rosemarie Odum | Selima Serna | Sofia Cardwell |
| Ross Arbes | Selinda Byrd Smith | Sofia Del Papa |
| Ross Cunningham | Seth Cenac | Sondra Kroetch |
| Ross David Wenker | Seth Goldin | Sonja Stimmer |
| Roxanne Ball | Shaina Adams-El Guabli | Sophia Formosa |
| Roxanne Khani | Shalewa Smith | Sophia Letts |
| Roxanne Morse | Shana Richards | Soyoung Park |
| Russell Grant | Shanda Mckenney | Stacey J Cloum |
| Ruth Yamawaki | Shanna Richards | Stacie Mitchell |
| Ruthann Lapham | Shannon Bell Gress | Stacy Bryan |
| Ryan E Burton | Shannon Blanton | Stacy Casebeer |
| Ryan Matt | Shannon D Terry | Stacy Hammer |
| Ryan Pugh | Shannon Hayes (Nee Glisson) | Stacy Neves |
| Ryna Alexander | Shannon Jackson | Stacy Shake |
| Ryoko Yukawa | Shannon Majewski | Stanley C Oaks Jr |
| S Terry | Shannon Mayhall | Stanley Milinski |
| Sally Pollard | Shannon Vogt | Star Cook |
| Sam Middlebrook | Shantih Bisland-Naggan | Stefanie R Magalhaes |
| Samantha Demont | Sharareh Sadaghiani | Stephanie Blair |
| Samantha Peck | Sharen Bates | Stephanie Galindo |
| Samantha Rae Ash | Shari Smedley | Stephanie Haviland |
| Sammy Liu | Sharlae Jenkins | Stephanie Henzel |
| Samuel R Formby | Sharon Calabrese | Stephanie Johansen |
| Sandee Greer | Sharon Jackson | Stephanie Kerr |
| Sandra  Repsold | Sharon Joy Lamberti | Stephanie Koenig |
| Sandra G Shuster | Sharon K Warren | Stephanie Meek |
| Sandra Gudac | Sharon Kaschenbach | Stephanie Miller |
| Sandra L Larson | Sharon L Garner | Stephanie Riemer |
| Sandra L Moore | Sharon Mckinnon | Stephanie Salisbury |
| Sandra M Siemion | Sharon Meigs | Stephanie W Marcucio |
| Sandra Mccauley | Sharon Soong | Stephen Gurley |
| Sandra N Wood | Sharon Teagarden | Stephen Hosterman |
| Sandra Nicholson | Sharon White | Stesha Rampersad |
| Sandra Roberts | Sharon Williams | Steve Auerbach |
| Sandra W O'dell | Sharonne Gagnon | Steve Hollingsworth |
| Sandy Chen | Shaun Degges | Steven D Sheppard |
| Sandy Weicks | Shawn Mari Wylie | Subrenia Jurney |
| Sara Debono | Shawn O'rourke | Sue Wentworth |
| Sara Drenner | Shawn Snyder | Sue-Ann Williams |
| Sara Orrells | Sheila Kleinhenz | Suher Rasid |
| Sarah Blocher | Shekhar Saud | Sunny Fulton |
| Sarah Brown | Shelba Martin | Supaporn Rungprakong |
| Sarah Gittens | Shelby R Letta | Susan "Suzie" Radosevich |
| Sarah J Cooley | Shelbye Heflin | Susan A Rain |
| Sarah Keiran | Shelley Muilenburg | Susan Barrett |
| Sarah L Mazur | Shelly Njoo | Susan C Phelps |
| Sarah Nagel | Shelly R Whitley | Susan Callihan |
| Sarah Papperman | Sheri Johnson | Susan Cymbalski |
| Sarah Peton | Sheri Rose | Susan D Ross |
| Sarah Sharpless | Sheri Wilhelm | Susan Dunfee |
| Sarah Talbott (Dalton) | Sherrill Schier | Susan E Sanders |
| Satoe Nammo | Sherry (Cheryl) Blanche | Susan E Shields |
| Savuth Chhin | Sherry Allen | Susan E Zemaitis |
| Sayaka Suzuki | Sherry Craig | Susan Labate |
| Scarlett Atkins | Sherry L Porter | Susan Leeming |
| Schae Martin | Sherry L Shay | Susan Livingston |
| Scott Bulua | Sheryl Dennis | Susan Lynn Feldman |

| | | |
|---|---|---|
| Susan M Healy | Thomas S Reid | Virginia (Ginger) L Heeren |
| Susan Meyer | Tiffany A Formby | Virginia E Scurti |
| Susan O Bramstedt | Tiffany Brogan Schneider | Virginia Poehling |
| Susan Piper | Tiffany Harmon | Vivian Costandy |
| Susan Santacesaria | Tiffany Karpavicius | Vlajat M Shayib |
| Susan Segal | Tiffany Maykel | Wanda Josephson |
| Susan Spain | Tim Cash | Wayne Munsterman |
| Susan W Chichester | Timotei Vaduva | Wendi Schamp |
| Susan Williams | Timothy Chase Waldrup | Wendy Chen |
| Susanne Williams | Timothy Cutter | Wendy Kobayashi |
| Suzanne Davis | Timothy Kuntz | Wendy M Jenkins |
| Suzanne J Mermer | Timothy W Wolff | Wendy Mcewen |
| Suzee B Nelson | Tina Belke | Wes Heard |
| Suzette Baker | Tina L Quick | Wesley Brown |
| Suzette Black | Tina Mellinger | Wil Shrader Jr |
| Suzette R Foster | Tina Roos | William C Braudis |
| Sylvia Balla | Tina Ruggieri | William Cooksey |
| Sylvia Bowles | Tina Sy | William D |
| Sylvia Deck | Tiphanie Tran | William J La Cholter |
| T. Marilyn Tracy | Tiran Dagan | William Sadler |
| Tamera C Hemmerle | Tom Kain | William Turner |
| Tamera K Thomas | Tom Rowe | Wolfgang Rietz |
| Tami Megumi Kitaura | Tonya Mannella | Yolanda Asher |
| Tamie Swim | Torrie Brinson | Yung-Chun Pai (Daphne Pai) |
| Tammie Forrest | Trace Catlin | Yvonne P Shortlidge |
| Tammy Cullers | Tracee L Smith | Yvonne R Peifer |
| Tammy Held | Tracy Cook | |
| Tammy Ross | Tracy Gittens | |
| Tammy Winters | Tracy Glynn | |
| Tanya Griego | Tracy L Young | |
| Tanya Park | Tran Huynh | |
| Tanya Powell | Trang Ngo | |
| Tara Pearson | Travis Brown | |
| Tara Schenk Mcfarland | Travis Chaffin | |
| Tara Virgil | Treasura Thompson | |
| Tarronda Jones Ingram | Trevor G Gates-Crandall | |
| Taryn Lovelace | Trina Hagerty | |
| Temby Ann Puck Wishnak | Trina Yearby | |
| Tenney D Smith | Trisha Cooley | |
| Terence Fowler | Trisha Jones | |
| Teresa E Statz | Troy Anthony Center | |
| Teri Perry | Trudie Austin | |
| Teri-Lynne Pushee | Tudy Soelberg | |
| Terra Massimi | Ty Maxwell | |
| Terrence G Keane | Valentina Valentini | |
| Terri Demers | Valerie Pacini | |
| Terri Reno | Vanessa Bearden | |
| Terri Sorensen | Vanessa Lynn Mendez | |
| Terry Case | Verna Kitamori | |
| Terry L Sasano | Veronica Fairchild | |
| Terry Liles | Vicki Black | |
| Terry M Gaub | Vicki D Schultz | |
| Terry Sasano | Vicki Juul | |
| Terry Slotnick | Vicki Williams | |
| Tess Lerner Byars | Vicki Wright | |
| Tessa Shah | Vicky Schweinhart | |
| Thea Hurst | Victor Furer | |
| Theresa Dowgwillo | Victoria Deken | |
| Theresa Lynn Washburn | Vincent Chen | |
| Therese Dominguez | Vincent Cortina | |
| Thomas (Tom) J Reiva | Vinida Sourivong | |
| Thomas Foard Copeland | Violet Lippincott | |